**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **SHAREA L. FARMER** | : | |
| Debtor(s) | : | **Bky#14-11734-MDC** |
| | : | |

**CHAPTER 13 STANDING TRUSTEE'S MOTION TO
REOPEN CASE AND VACATE ORDER OF DISCHARGE
FOR THE PURPOSE OF RECOVERING FUNDS**

To the Hon. Chief Judge Coleman:

The Chapter 13 Standing Trustee, William C. Miller, respectfully represents:

1. The Chapter 13 Trustee filed his Final Report on July 16, 2019 indicating case was completed for a discharge.  Case was closed without any entry of an Order of discharge on September 10, 2019.

2. The Trustee requests the case be reopened for the purpose of recovering previously disbursed funds from creditors.

3. Funds have been disbursed in error to Educational Credit Management (ECMC) in the amount of $8,415.58, contrary to the modified plan.

4. The Chapter 13 trustee has sent a request letter to ECMC for the return of funds on September 20, 2019. Upon return of the funds, the Chapter 13 trustee shall disburse in accordance with the modified plan.

**WHEREFORE:**  the Chapter 13 Standing Trustee prays for an order reopening this Chapter 13 case, and for such further relief as is just.

Respectfully Submitted,

/s/William C. Miller, Esq.
William C. Miller
Chapter 13 Standing Trustee

Date: September 27, 2019